M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 FEB 15  A 9: 36

Keith Tolber, Willie Dewhort + Johnny Hughley
Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08-cv-111-MEF

v.

CIVIL ACTION NO. 2:08 CV 108 - MEF
(To be supplied by Clerk of U.S. District
Court)

City of Montgomery
Worden- W.R. Collins

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.     PREVIOUS LAWSUITS

    A.     Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☒

    B.     Have you begun other lawsuits in state or federal court relating to your imprisonment?          YES ☐          NO ☒

    C.     If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.     Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.     Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____
_____

5.   Disposition (for example: was the case dismissed? Was it appealed? Is it still
pending ?) _____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT   Montgomery City Jail_____
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_____ Montgomery City Jail_____

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

NAME                                          ADDRESS

1.   City of Montgomery ( Warden-collins) 320 N. Riply st, montgomery, AL 36104

2.   _____

3.   _____

4.   _____

5.   _____

6.   _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

Beginning 2007-throush-current date_____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   Bivens V. Sixth un Known Norcotic Agents (claim)

_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

The city of montgomery are currently violating our Eight and fourteeth Amendment Rights, of the united states constitution, by taxing our commissary draw, and/or Phone calls locally, without first Affording Due process, And Treating us "deliberaley indefferent" from other State ( Alabama Dept. Correction) and federal inmate ( B.o.P.). ~~GROUND TWO~~: Resulting iN "Cruel and unusual" Punishment.(see; Art. I, §9, u.s. Const.).

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND ~~THREE~~ Two: Bivens v. sixth unknown Narcotic Agents ( claim)

_____

_____

SUPPORTING FACTS: The Respondents are currently denying the movant Access to the Courts, Due process; by failure to afford him adequate Access to A Law Library, iN violation of The Fifth Amendment Rights of the u.s. constitution. A defendant facing A lenghty Prison sentencing, deprived of Liberty, Should have access to a Law Library, to assist his Counsel with preparation of his defense. see Woif vs. mcDaniaL u.s.—— (1969).

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

_____

_____

_____

_____

_____

_____

*Keith Tollert, John Hughly*

Signature of plaintiff(s)

*Willie D. Dewhart*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/12/08_____.

(Date)

*Keith Tollert*

Signature of plaintiff(s)

Rez A Folbert
P.O. Draw 159
Montgomery Al 36101

INMATE MAIL
MONTGOMERY CITY JAIL

INMATE MAIL
MONTGOMERY CITY JAIL

USA 41

Debra P Hachett
office of clerk
P.O. Box 711