IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH TOLBERT<br>WILLIE DEWHART<br>JOHNNY HUGHLEY | *<br><br>*  2:08-CV-111-MEF |
| Plaintiffs, | * |
| v. | *  2:08-CV-108-MEF |
| CITY OF MONTGOMERY, *et al.*, | * |
| Defendants. | * |

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Montgomery City Jail. Each inmate filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open three (3) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Keith Tolbert;

2. Assign the newly opened cases to the Magistrate Judge and District Judge to which

the instant cause of action is assigned;

3. Place a copy of the complaint by inmates Dewhart and Hughley in the newly opened case files;

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done, this 19th day of February 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE