AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Willie Dewhart
Plaintiff

v.

City of Montgomery et al
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:08CV111-MEF

RECEIVED 2008 FEB 26 A 9:58
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, ___Willie Dewhart___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___Montgomery City Jail___

   Are you employed at the institution? ___No___ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. (See attached ex'b).

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

2-24-2008
Date

*Willie Dewhart*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 2

Montgomery City Jail
02/21/08 07:25
ST 001 / OPR ARB

Booking Number       :   4870
Resident Name        :   DEWHART, WILLIE
Time Frame           :   07/03/2007 10:19 - 02/21/2008 07:24

------------------------------------------------------------------------------------
Date         Time    Type                 ST   OPR     Receipt #      Amount    Balance
------------------------------------------------------------------------------------

07/03/2007   10:19   Intake               1    arb     A29169         300.00     300.00
07/05/2007   08:21   Add                  1    arb     A29189         169.34     469.34
07/05/2007   09:13   Order                2    edg     B43002          52.34     417.00
07/09/2007   15:04   Order                2    srmJW   B43114          29.81     387.19
07/12/2007   11:38   Order                2    edg     B43229          16.05     371.14
07/16/2007   10:20   Order                2    edg     B43329          29.28     341.86
07/19/2007   08:49   Order                2    edg     B43442          15.30     326.56
07/23/2007   09:20   Order                2    edg     B43572          25.06     301.50
07/26/2007   11:33   Order                2    edg     B43701          28.70     272.80
07/30/2007   09:58   Order                2    edg     B43829          31.39     241.41
08/02/2007   09:20   Order                2    edg     B43984          25.47     215.94
08/08/2007   14:46   Rec Payment          1    arb     A29915          15.00     200.94
08/09/2007   11:24   Order                2    edg     B44250          50.96     149.98
08/13/2007   09:16   Order                2    edg     B44398          31.55     118.43
08/15/2007   11:06   Credit               2    edg     B44445           1.22     119.65
08/16/2007   09:02   Order                2    edg     B44525          25.94      93.71
08/20/2007   13:10   Order                2    edg     B44686          22.86      70.85
08/27/2007   10:16   Order                2    edg     B44954          39.31      31.54
08/30/2007   11:48   Add                  1    arb     A30409         450.00     481.54
09/06/2007   10:39   Order                2    edg     B45305          40.11     441.43
09/13/2007   08:57   Order                2    edg     B45621          33.81     407.62
09/17/2007   11:28   Order                2    edg     B45761          43.88     363.74
09/18/2007   12:32   Credit               2    edg     B45814           3.01     366.75
09/19/2007   14:23   Rec Payment          1    arb     A30926          15.00     351.75
09/20/2007   10:16   Order                2    edg     B45924          14.40     337.35
09/24/2007   10:53   Order                2    edg     B46046          24.84     312.51
09/27/2007   11:11   Order                2    edg     B46186          16.74     295.77
10/01/2007   10:08   Order                2    edg     B46313          18.05     277.72
10/04/2007   12:14   Order                2    edg     B46455          19.86     257.86
10/05/2007   11:00   Add                  1    arb     A31320          40.00     297.86
10/18/2007   12:43   Order                2    edg     B47012          17.47     280.39
10/24/2007   07:55   Order                2    thard   B47172          25.16     255.23
10/25/2007   09:18   Order                2    srmJW   B47296          23.53     231.70
10/29/2007   08:51   Order                2    srmJW   B47432          22.86     208.84
10/30/2007   14:03   Credit               2    AMW     B47486           4.32     213.16
11/05/2007   08:42   Order                2    bhmsc   B47710          47.93     165.23
11/08/2007   09:58   Order                2    srmJW   B47871          26.55     138.68
11/12/2007   10:17   Order                2    bhmsc   B48007          21.90     116.78
11/15/2007   14:24   Order                2    thard   B48142          16.94      99.84
11/19/2007   11:39   Order                2    srmJW   B48279          48.32      51.52
11/26/2007   08:29   Order                2    srmJW   B48441          32.88      18.64
11/29/2007   10:45   Order                2    bhmsc   B48574          17.82       0.82
12/03/2007   11:31   Add                  1    arb     A32705         300.00     300.82
12/06/2007   08:27   Order                2    srmJW   B48845          63.93     236.89
12/10/2007   09:28   Order                2    bhmsc   B48964          25.94     210.95
12/13/2007   10:04   Order                2    bhmsc   B49122          11.15     199.80
12/17/2007   10:34   Order                2    bhmsc   B49254          16.46     183.34
12/17/2007   13:15   Add                  1    arb     A33007         300.00     483.34
12/19/2007   10:46   Add                  1    kk      A33108         100.00     583.34
12/20/2007   08:40   Order                2    bhmsc   B49385          46.50     536.84
12/27/2007   08:25   Order                2    bhmsc   B49550          30.98     505.86
12/27/2007   09:23   Add                  1    kk      A33254          15.00     520.86
12/27/2007   11:27   Credit               2    bhmsc   B49619           1.55     522.41
01/03/2008   08:41   Order                2    bhmsc   B49753          24.78     497.63
01/07/2008   09:37   Order                2    bhmsc   B49887          46.21     451.42
01/10/2008   09:23   Order                2    bhmsc   B50031          20.78     430.64
01/14/2008   12:35   Order                2    bhmsc   B50160          25.75     404.89
01/17/2008   08:17   Order                2    bhmsc   B50337          27.74     377.15
```

RESIDENT HISTORY REPORT

Montgomery City Jail
02/21/08 07:25
ST 001 / OPR ARB

| Booking Number | : | 4870 |
| Resident Name  | : | DEWHART, WILLIE |
| Time Frame     | : | 07/03/2007 10:19 - 02/21/2008 07:24 |

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 01/17/2008 | 09:45 | Add   | 1 | arb   | A33676 | 75.00 | 452.15 |
| 01/21/2008 | 09:44 | Order | 2 | bhmsc | B50483 | 29.98 | 422.17 |
| 01/24/2008 | 09:18 | Order | 2 | bhmsc | B50636 | 25.18 | 396.99 |
| 01/28/2008 | 08:33 | Order | 2 | bhmsc | B50776 | 17.13 | 379.86 |
| 01/31/2008 | 09:43 | Order | 2 | bhmsc | B50920 | 17.53 | 362.33 |
| 02/04/2008 | 09:17 | Order | 2 | bhmsc | B51056 | 23.91 | 338.42 |
| 02/14/2008 | 09:17 | Order | 2 | bhmsc | B51504 | 26.53 | 311.89 |
| 02/18/2008 | 09:52 | Order | 2 | bhmsc | B51660 | 29.92 | 281.97 |



Willie Davis Dewhart
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL

INMATE MAIL
MONTGOMERY CITY JAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

MONTGOMERY AL 361
25 FEB 2008 PM
USA 41