```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004243
Cashier ID: brobinso
Transaction Date: 03/11/2008
Payer Name: MONTGOMERY MUNICIPAL JAIL
------------------------------------
PLRA CIVIL FILING FEE
 For: WILLIE DEWHART
 Case/Party: D-ALM-2-08-CV-000111-001
 Amount:         $56.59
------------------------------------
CHECK
 Check/Money Order Num: 010324
 Amt Tendered:   $56.59
------------------------------------
Total Due:       $56.59
Total Tendered:  $56.59
Change Amt:      $0.00
```