```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004810
Cashier ID: brobinso
Transaction Date: 04/22/2008
Payer Name: MONTGOMERY MUNICIPAL JAIL
--------------------------------------
PLRA CIVIL FILING FEE
 For: WILLIE DEWHART
 Case/Party: D-ALM-2-08-CV-000111-001
 Amount:         $69.48
--------------------------------------
CHECK
 Check/Money Order Num: 010727
 Amt Tendered:   $69.48
--------------------------------------
Total Due:       $69.48
Total Tendered:  $69.48
Change Amt:      $0.00
```